IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | No. 3:26-cr-0446-M |
| v. | § | |
| | § | |
| SABRINA MEREI RODRIGUEZ, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. The Defendant waived the 14-day objection period, ECF No. 36, and neither party filed any objections. The Court reviewed for plain error the proposed findings, conclusions, and recommendation. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court finds Defendant Sabrina Merei Rodriguez competent to stand trial, and this case will be set for trial by separate order.

**IT IS SO ORDERED** this 19th day of November, 2026.

Kasdin M. Mitchell

**KASDIN M. MITCHELL**
**UNITED STATES DISTRICT JUDGE**